# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 28, 2015

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Michael A. Katz
          v. Cellco Partnership, dba Verizon Wireless
          No. 15-542
          (Your No. 14-138, 14-291)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 26, 2015 and placed on the docket October 28, 2015 as No. 15-542.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Erik Fossum
          Case Analyst